1
2
3
4
5
6
7
8                            IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SMITH SAESEE,                              1:10-cv-00814 SKO (HC)

12            Petitioner,                       ORDER GRANTING MOTION
                                                TO PROCEED IN FORMA PAUPERIS
13        vs.
                                                (DOCUMENT #2)
14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
              Respondent.
16   _____/

17
            Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to
18
     28 U.S.C. § 2254.
19
            Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's
20
     prison trust account statement.   Examination of these documents reveals that petitioner is unable to
21
     afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.
22
     See 28 U.S.C. § 1915.
23
     IT IS SO ORDERED.
24
     **Dated:    May 13, 2010**              _____/s/ Sheila K. Oberto_____
25                                           UNITED STATES MAGISTRATE JUDGE

26

27

28