UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH SAESEE,<br><br>         Petitioner,<br><br>  v.<br><br>TIM VIRGA, Warden,<br><br>         Respondents. | 1:10-cv—0814-AWI-SKO-HC<br><br>ORDER RE: FINDINGS AND<br>RECOMMENDATIONS (DOC. 22)<br><br>ORDER DENYING THE PETITION FOR<br>WRIT OF HABEAS CORPUS (DOC. 1)<br><br>ORDER DIRECTING THE ENTRY OF<br>JUDGMENT FOR RESPONDENT AND<br>DECLINING TO ISSUE A CERTIFICATE<br>OF APPEALABILITY |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 304.

    On March 15, 2012, the Magistrate Judge filed findings and recommendations recommending that the petition for writ of habeas corpus be denied, judgment be entered for Respondent, and the Court decline to issue a certificate of appealability.  These findings and recommendations were served on all parties on the same date.  The findings and recommendations advised that objections could be filed within thirty days.  Although the

1

period for filing objections has passed, no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1) The petition for writ of habeas corpus is DENIED; and

2) The Clerk is DIRECTED to enter judgment in favor of Respondent; and

3) The Court DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   May 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE